UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:23-cr-49-LM-01 |
| v. | ) |
| | ) Re-entry After Deportation |
| JHEISSON RIZO SUAREZ | )  8 U.S.C. § 1326(a) |
| | ) |
| | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

[8 U.S.C. § 1326(a) – Re-entry After Deportation]

On or about July 9, 2021, in the District of New Hampshire, the defendant,

**JHEISSON RIZO SUAREZ**,

an alien, who was deported and removed from the United States on or about January 28, 2013, was knowingly present and found in Dover, New Hampshire. Neither the Attorney General of the United States nor the Secretary of the Department of Homeland Security had expressly consented to Jheisson Rizo Suarez reapplying for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL

Dated: June 21, 2023

/s/ Foreperson
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney

By: /s/ Geoffrey W. R. Ward
   Geoffrey W.R. Ward
   Assistant United States Attorney